DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRYL ANTONIO MACK,**
Appellant,

v.

**JENNIFER HOFFMAN,**
Appellee.

No. 4D22-2732

[June 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. FMCE21-011414.

Jason R. Marks of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. In re Adoption of Gaskins*, 318 So. 2d 165, 165 (Fla. 4th DCA 1975) ("It is impossible for this court to determine whether the trial court abused its discretion because of the absence of a transcript of testimony upon which the trial court findings were based.").

LEVINE, FORST and ARTAU JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***